# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFC ERIK L. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-691 |
| | ) |
| SAMUEL D. MACKERT, III, GORDON ELLIOT and THE DEWEY BEACH POLICE DEPARTMENT, | ) JURY TRIAL DEMANDED ) ) ) |
| | ) |
| Defendants. | ) |

## JOINT CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

IT IS SO STIPULATED:

| | |
|---|---|
| MARTIN D. HAVERLY, ATTORNEY AT LAW | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Martin D. Haverly* | /s/ *Teresa A. Cheek*_____ |
| Martin D. Haverly, Esquire (No. 3295) | Teresa A. Cheek, Esquire (No. 2657) |
| 2 E. 7th Street, Suite 201 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19801 | 1000 West Street |
| Phone: (302) 654-2255 | P.O. Box 391 |
| Fax: (302) 654-0175 | Wilmington, DE 19899-0391 |
| Attorney for Plaintiff | Phone: (302) 571-6676 |
| | Fax: (302) 576-3286 |
| | Attorney for Defendant |

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFC ERIK L. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-691 |
| | ) |
| SAMUEL D. MACKERT, III, GORDON ELLIOT and THE DEWEY BEACH POLICE DEPARTMENT, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

_____

Judge