IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFC. ERIK L. CAMPBELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CHIEF SAMUEL D. MACKERT, III, : | C.A. No. 06-691-MPT |
| individually and in his official : | |
| capacity as the Chief, Dewey Police : | |
| Department, and GORDON ELLIOT, : | |
| individually and in his official : | |
| capacity as Town Manager, the DEWEY : | |
| BEACH POLICE DEPARTMENT, : | |
| TOWN OF DEWEY BEACH, : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on May 14, 2007, I caused two (2) copies of the foregoing **RULE 26 SELF-EXECUTING INITIAL DISCLOSURES OF PLAINTIFF** to be delivered via first class mail postage prepaid to the following:

Theresa Cheek, Esquire
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899-0391

                                                  **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                                                  /s/Martin D. Haverly
                                                  MARTIN D. HAVERLY, ESQUIRE
                                                  Two East 7th Street, Suite 201
                                                  Wilmington, DE 19801
                                                  Del. Bar No. 3295
                                                  (302)654-2255

                                                  Attorney for Plaintiff Erik Campbell