IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFC ERIK L. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-691-MPT |
| | ) |
| SAMUEL D. MACKERT, III, GORDON | ) |
| ELLIOTT and THE DEWEY BEACH | ) |
| POLICE DEPARTMENT, | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on June 1, 2007, two true and correct copies of **Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)** were served by depositing same in the United States Mail, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

Martin Haverly, Esquire
2 East 7th Street, Suite 201
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek, Esquire*
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendants