IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFC ERIK L. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-691-MPT |
| v. | ) |
| | ) |
| SAMUEL D. MACKERT, III, GORDON ELLIOT, and THE DEWEY BEACH POLICE DEPARTMENT, | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on June 6, 2007, a true and correct copy of **Defendants' First Request For Production of Documents, and Defendants' First Set of Interrogatories Directed to Plaintiff** were served by depositing same in the United States Mail, postage prepaid, and that I electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record.

      Martin Haverly
      2 East 7th Street, Suite 201
      Wilmington, DE  19801

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      */s/ Teresa A. Cheek*
      Teresa A. Cheek, Esquire (Bar I.D. 2657)
      The Brandywine Building, 17th Floor
      1000 West Street
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-6676
      Facsimile: (302) 576-3286
      Email: tcheek@ycst.com
      Attorneys for Defendants