IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PFC. ERIK L. CAMPBELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CHIEF SAMUEL D. MACKERT, III,** | : | C.A. No. 06-691-MPT |
| individually and in his official | : | |
| capacity as the Chief, Dewey | : | |
| Beach Police Department, **GORDON** | : | |
| **ELLIOT,** individually and in | : | |
| his official capacity as Town | : | |
| Manager, and the TOWN OF DEWEY | : | |
| BEACH, a municipal corporation, | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF SERVICE**

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on

August 3, 2007 I sent via hand delivery **PLAINTIFF'S RESPONSES AND OBJECTIONS**

**TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION** to the following:

Teresa A. Cheek, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
P. O. Box 391
Wilmington, De 19899-0391

                              /s/ Martin D. Haverly
                              **MARTIN D. HAVERLY, ESQ.**
                              Del. Bar No. 3295
                              Two East 7th Street, Suite 201
                              Wilmington, DE 19801
                              (302)654-2255
                              Attorney for Plaintiff

cc: The Neuberger Firm
    Erik Campbell