## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFC. ERIK L. CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHIEF SAMUEL D. MACKERT, III, | : | C.A. No. 06-691-MPT |
| individually and in his official | : | |
| capacity as the Chief, Dewey | : | |
| Beach Police Department, GORDON | : | |
| ELLIOT, individually and in | : | |
| his official capacity as Town Manager, | : | |
| and the TOWN OF DEWEY | : | |
| BEACH, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on August 6, 2007 I caused two copies of **PLAINTIFF'S ANSWERS AND OBJECTIONS OF DEFENDANTS' FIRST SET OF INTERROGATORIES** to be hand delivered to the following:

    Teresa A. Cheek, Esquire
    Young Conaway Stargatt & Taylor
    The Brandywine Building, 17th Floor
    1000 West Street, P. O. Box 391
    Wilmington, DE 19899-0391

    /s/ Martin D. Haverly
    **MARTIN D. HAVERLY, ESQUIRE**
    Del. Bar No. 3295
    Two East 7th Street, Suite 201
    Wilmington, DE 19801
    (302) 654-2255

    Attorney for Plaintiff

cc:    The Neuberger Firm

Erik Campbell

Erik Campbell