## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PFC. ERIK L. CAMPBELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHIEF SAMUEL D. MACKERT,III,** | : | **C.A. No. 06-691-MPT** |
| **individually and in his official** | : | |
| **capacity as the Chief, Dewey** | : | |
| **Beach Police Department, GORDON** | : | |
| **ELLIOT, individually and in** | : | |
| **his official capacity as Town** | : | |
| **Manager, and the TOWN OF DEWEY** | : | |
| **BEACH, a municipal corporation,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of this Court, do hereby certify that on

August 23, 2007, I caused two (2) copies of **PLAINTIFF'S FIRST SET OF**

**INTERROGATORIES DIRECTED TO DEFENDANTS and PLAINTIFF'S FIRST**

**REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** to

be sent via first class mail, postage prepaid to the following:

> Teresa A. Cheek, Esquire
> Margaret M. DiBianca, Esquire
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, DE 19899-0391

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

  /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
martin@haverlylaw.com
(302)654-2255

Attorney for Plaintiff

cc:    Thomas Stephen Neuberger, Esq.
       Erik L. Campbell

2