IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PFC. ERIK L. CAMPBELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CHIEF SAMUEL D. MACKERT, III,** | : | C.A. No. 06-691-MPT |
| **individually and in his official** | : | |
| **capacity as the Chief, Dewey** | : | |
| **Beach Police Department, GORDON** | : | |
| **ELLIOT, individually and in** | : | |
| **his official capacity as Town** | : | |
| **Manager, and the TOWN OF DEWEY** | : | |
| **BEACH, a municipal corporation,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of this Court, do hereby certify that on September 18, 2007, I caused two (2) copies of **PLAINTIFF'S REVISED FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** to be hand delivered to the following:

> Teresa A. Cheek, Esquire
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, DE 19899-0391

                                          **MARTIN D. HAVERLY, ATTORNEY AT LAW**
                                           /s/ Martin D. Haverly
                                        MARTIN D. HAVERLY, ESQUIRE
                                        Two East 7th Street, Suite 201
                                        Wilmington, DE 19801
                                        Del. Bar No. 3295
                                        martin@haverlylaw.com
                                        (302)654-2255

                                        Attorney for Plaintiff

cc:    Thomas Stephen Neuberger, Esq.
        Erik L. Campbell