**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)654-0175

October 4, 2007

**Via E-Filing**

The Honorable Mary Pat Thynge
United State District Court
844 North King Street
Wilmington, DE 19801

**RE:    Campbell v. Mackert, et al.**
**C.A. No. 06-691-MPT**
**Plaintiff's Interim Status Report**

Dear Judge Thynge:

        This Plaintiff's Status Report for the above-captioned matter.  Written discovery has been exchanged between the parties.  Discovery is scheduled to end on December 20, 2005.  Plaintiff knows of no issues that requires the Court's attention, with the exception of expert witnesses. Since Plaintiff has not received Defendants' documents concerning economic loss,[1] Plaintiff's expert report should be due on November 14, 2007 and Defendants' expert report should be due on December 14, 2007.

                        Respectfully submitted,

                        /s/Martin D. Haverly

                        Martin D. Haverly

MDH/acs
cc:     Teresa A. Cheek, Esquire (via e-filing)
        The Neuberger Firm
        Erik Campbell

---

        [1]In all fairness, Plaintiff is not alleging that Defendants have failed to provide discovery in a timely manner.