**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)654-0175


October 11, 2007


**VIA E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States Magistrate
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

> **RE:    Campbell v. Mackert, et al.**
> **C.A. No. 06-691-MPT**

Dear Magistrate Thynge:

    As per Your Honor's instruction during the October 11, 2007 Status Teleconference and your assistant's clarification, attached you will find the Supplemental Scheduling Order Regarding Expert Witnesses.

                    Respectively submitted,

                    /s/Martin D. Haverly

                    Martin D. Haverly

MDH/acs

encl.

cc:    Teresa A. Cheek, Esquire
       The Neuberger Firm
       Eric Campbell

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **PFC. ERIK L. CAMPBELL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CHIEF SAMUEL D. MACKERT,III,** | : | **C.A. No.  06-691-MPT** |
| **individually and in his official** | : | |
| **capacity as the Chief, Dewey Police** | : | |
| **Department, and GORDON ELLIOT,** | : | |
| **individually and in his official** | : | |
| **capacity as Town Manager, the DEWEY** | : | |
| **BEACH POLICE DEPARTMENT,** | : | |
| **TOWN OF DEWEY BEACH,** | : | |
| | : | |
| **Defendants.** | : | |

**SUPPLEMENTAL SCHEDULING ORDER REGARDING
EXPERT WITNESSES**

This 11th day of October, 2007 the Court having conducted a Status Teleconference on

October 11, 2007;

IT IS ORDERED that for the party who has the initial burden of proof of the subject

matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before

November 14, 2007.  The supplemental disclosures to contradict or rebut evidence on the same

matter identified by another party is due on or before December 14, 2007.  Along with the

submissions of the expert reports, the parties shall advise of the dates and times their expert's

availability for deposition.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE