IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFC. ERIK L. CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHIEF SAMUEL D. MACKERT, III, | : | C.A. No. 06-691-MPT |
| individually and in his official | : | |
| capacity as the Chief, Dewey Police | : | |
| Department, and GORDON ELLIOT, | : | |
| individually and in his official | : | |
| capacity as Town Manager, the DEWEY | : | |
| BEACH POLICE DEPARTMENT, | : | |
| TOWN OF DEWEY BEACH, | : | |
| | : | |
| Defendants. | : | |

## SUPPLEMENTAL SCHEDULING ORDER REGARDING EXPERT WITNESSES

This 11th day of October, 2007 the Court having conducted a Status Teleconference on October 11, 2007;

IT IS ORDERED that for the party who has the initial burden of proof of the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before November 14, 2007. The supplemental disclosures to contradict or rebut evidence on the same matter identified by another party is due on or before December 14, 2007. Along with the submissions of the expert reports, the parties shall advise of the dates and times their expert's availability for deposition.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE