IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIK L. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-691-MPT |
| | ) | |
| SAMUEL D. MACKERT, III, GORDON ELLIOT, and THE DEWEY BEACH POLICE DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 23, 2007, **Defendants' Answers to Plaintiff's First Set of Interrogatories** and **Defendants' Responses to Plaintiff's First Request for Production** were served via email and by depositing same in the United States Mail, First Class, postage prepaid, addressed to:

>Martin Haverly, Esquire
>2 East 7th Street, Suite 201
>Wilmington, DE  19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  *Teresa A. Cheek*
Teresa A. Cheek (Del. Bar No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 571-3286
Email: tcheek@ycst.com
Attorneys for Defendants

DATED:  October 23, 2007