IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIK L. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-691-MPT |
| | ) | |
| SAMUEL D. MACKERT, III, GORDON ELLIOT, and THE DEWEY BEACH POLICE DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:    Martin Haverly, Esquire                  Thomas Neuberger, Esquire
2 East 7th Street, Suite 201            Stephen Neuberger, Esquire
Wilmington, DE 19801                  The Neuberger Firm, P.A.
                                                                    Two East Seventh Street, Suite 302
                                                                      Wilmington, DE 19801

      PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Erik L. Campbell on Monday, December 3, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek, Esquire
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendants

Dated: November 14, 2007