IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERIK L. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-691-MPT |
| | ) | |
| SAMUEL D. MACKERT, III, GORDON ELLIOT, and THE DEWEY BEACH POLICE DEPARTMENT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION

TO:    Martin Haverly, Esquire                Thomas Neuberger, Esquire
          2 East 7th Street, Suite 201          Stephen Neuberger, Esquire
          Wilmington, DE 19801              The Neuberger Firm, P.A.
                                                           Two East Seventh Street, Suite 302
                                                           Wilmington, DE 19801

     PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Erik L. Campbell on Tuesday, December 18, 2007, at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ Teresa A. Cheek, Esquire
                                      Teresa A. Cheek, Esquire (No. 2657)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      P.O. Box 391
                                      Wilmington, Delaware 19899-0391
                                      Telephone: (302) 571-6676
                                      Facsimile: (302) 576-3286
                                      Email: tcheek@ycst.com
                                      Attorneys for Defendants

Dated: November 28, 2007