December 20, 2007

**Via E-Filing**

The Honorable Mary Pat Thynge
United State District Court
844 North King Street
Wilmington, DE 19801

**RE:    Campbell v. Mackert, et al.
          C.A. No. 06-691-MPT**

Dear Judge Thynge:

     It has become clear to the parties that more time is needed to complete discovery. This letter is written to request that a teleconference be scheduled so that a revised scheduling order can be put in place.

                        Respectfully submitted,

                        /s/Martin D. Haverly

                        Martin D. Haverly

MDH/acs

cc:    Teresa A. Cheek, Esquire (via e-filing)
       The Neuberger Firm
       Erik Campbell