**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware                                                                                          Telephone
and Pennsylvania                                                                                              (302)654-2255
                                                                                                              Facsimile
                                                                                                              (302)654-0175

March 27, 2008

**Via E-Filing**

The Honorable Mary Pat Thynge
United State District Court
844 North King Street
Wilmington, DE 19801

**RE:   <u>Campbell v. Mackert, et al.</u>
         C.A. No. 06-691-MPT**

Dear Judge Thynge:

It has become clear to the parties that more time is needed to complete discovery. I believe two months is necessary. Defendants' counsel, Ms. Cheek, believes one month will be sufficient. This letter is written to request that a teleconference be scheduled so a revised scheduling order can be put in place.

                                                    Respectfully submitted,

                                                    /s/Martin D. Haverly

                                                    Martin D. Haverly

MDH/acs

cc:    Teresa A. Cheek, Esquire (via e-filing)
       The Neuberger Firm
       Erik Campbell