IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIK L. CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-691-MPT |
| | ) |
| SAMUEL D. MACKERT, III, GORDON ELLIOT, and THE DEWEY BEACH POLICE DEPARTMENT, | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:   Thomas S. Neuberger, Esq.          Martin Haverly, Esq.
Stephen J. Neuberger, Esq.           2 East 7th Street, Suite 201
The Neuberger Firm, P.A.             Wilmington, DE 19801
2 East 7th Street, Suite 302
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Dr. Thomas C. Borzilleri on Thursday, June 5, 2008, at 1:30 p.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek, Esquire*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
*Attorneys for Defendants*

Dated: April 30, 2008