**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware                                                                 Telephone
and Pennsylvania                                                                     (302)654-2255
                                                                                     Facsimile
                                                                                     (302)654-0175

May 8, 2008

**Via E-Filing**

The Honorable Mary Pat Thynge
United State District Court
844 North King Street
Wilmington, DE 19801

    **RE:**   <u>**Campbell v. Mackert, et al.**</u>
            **C.A. No. 06-691-MPT**

Dear Judge Thynge:

      The Dewey Beach Police Department has suspended my client, Plaintiff Campbell, with intent to terminate under circumstances which require him to amend his complaint. The Amendment would include a Petitions Clause claim for retaliation for filing this lawsuit. The discovery cutoff in this case is June 16, 2008. A trial date has not been scheduled. It appears that more time for discovery will be necessary.

      After discussion, Defendants' counsel Teresa Cheek and I believe that we should have a scheduling conference with Your Honor to discuss putting a new scheduling order in place, preferably sometime during the week of Monday, May 12, 2008.

                                         Respectfully submitted,

                                         /s/ Martin D. Haverly

                                         Martin D. Haverly

MDH/acs
cc:    Teresa A. Cheek, Esquire (via e-filing & 1st class mail)
        The Neuberger Firm (via e-filing & hand delivery)
        Erik Campbell