IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFC ERIK L. CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-691-MPT |
| | : | |
| SAMUEL D. MACKERT, III, GORDON ELLIOTT and THE DEWEY BEACH POLICE DEPARTMENT, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **8th** day of **May, 2008**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 15, 2008 at 12:00 Noon** to discuss the schedule in the above matter. **Martin D. Haverly, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE