## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFC ERIK L. CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-691-MPT |
| | : | |
| SAMUEL D. MACKERT, III, GORDON ELLIOTT and THE DEWEY BEACH POLICE DEPARTMENT, | : : : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **27th** day of **May, 2008**,

IT IS ORDERED that the continued mediation has been scheduled for **Monday, June 9, 2008 at 10:00 a.m.** Updated submissions of the parties shall be limited to no more than **five (5) pages, double-spaced, 12 pt. font** and shall be due on or before **Monday, June 2, 2008**. All other provisions of the Court's April 17, 2007 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE