## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFC ERIK L. CAMPBELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-691-MPT |
| | : | |
| SAMUEL D. MACKERT, III, GORDON ELLIOTT and THE DEWEY BEACH POLICE DEPARTMENT, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **29th** day of **May, 2008**,

IT IS ORDERED that the pretrial order due date, the pretrial conference scheduled for November 24, 2008, and the 4-day jury trial scheduled to begin on Tuesday, December 9, 2008 are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE